

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-14-00360-CV

Jennifer L. **ZUNIGA,**
Appellant/Cross-Appellee

v.

Christopher **MEDINA** (Cross-Appellant), Richard Medina, and Shelly Medina,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-10872
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice (not participating)
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

This court has received notice that on October 15, 2014, appellee and cross-appellant, Christopher Medina, filed a bankruptcy case under Chapter 7 of the United States Bankruptcy Code. The case is pending in the United States Bankruptcy Court for the Southern District of Texas, and is assigned case number 14-35711.

We **order** this appeal abated and removed from the court's active docket. *See* TEX. R. APP. P. 8.2. The appeal will be reinstated or severed only upon proper motion and proof. *See* TEX. R. APP. P. 8.3; 4th TEX. APP. (SAN ANTONIO) LOC. R. 4. All motions and other documents pending or filed are abated subject to being reurged in the event the case is reinstated.

We further order the clerk of this court to send copies of this order to the clerk of the trial court, the court reporter, and the attorneys of record.

_____
Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.



_____
Keith E. Hottle
Clerk of Court